ORIGINAL

FILED

09/08/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

IN THE MATTER OF THE PETITION OF
CHERIE B. SOMERVILLE

FILED

O R SEP 08 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Cherie B. Somerville has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of her application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission. Somerville passed the MPRE in 2004 when seeking admission to the practice of law in California, where she was admitted. Somerville has practiced law "for over 13 years without any disciplinary action in the jurisdiction where she is licensed to practice law." Good cause appearing,

IT IS HEREBY ORDERED that the petition of Cherie B. Somerville to waive the three-year test requirement for the MPRE for purposes of her current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 8 day of September, 2020.

_____
Chief Justice

_____

_____



_____

_____

_____

_____

Justices